**FILED**

DEC 1 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
For The District of Columbia

Christian Camenisch, Esquire
801 Pennsylvania Avenue NW
Washington DC 20004
*202.393.6090*

vs.                                   Civil Action:

Sally Anne McGreevy(Individually & as representative of Trust of Ted A. Wolfe)
120 South Houghton Road - Suite 138
Tucson, Arizona 85748

CASE NUMBER  1:06CV02099

JUDGE: Emmet G. Sullivan

DECK TYPE: Contract

DATE STAMP: 12/11/2006

### COMPLAINT
### Breach of Contract & Quantum Meruit

For the Complaint against Sally Anne McGreevy, individually, and as
purported Trustee of the Trust of Ted Albert Wolf, Plaintiff Christian
Camenisch hereby stated the following:

1. Plaintiff Christian Camenisch is a resident of the District of Columbia.

2. Defendant Sally Anne McGreevy is a resident of the state of
Arizona. Ms McGreevy holds herself out as the Trustee of the Trust of
Ted Albert Wolfe (deceased as of 7 June 2005) under which she is
obligated to donate the net assets of the trust to charity.

3. In 2002, the late Ted Albert Wolfe owned approximately eighteen
(18) houses of valuable real estate, of which approximately thirteen
(13) were situated in the District of Columbia. On or about 2 July
2002, Ms. McGreevy had Mr. Wolfe taken into custody and subsequently
held him thereafter in a locked ward without right or authority.

4. On or about 30 December 2002, Mr. Wolfe, fearful he would never
escape the clutches of first cousin Ms. McGreevy, contacted Plaintiff
Christian Camenisch, and retained him to extricate him from his
highly undesirable situation and confinement. Mr. Wolfe was disturbed
that he had lost, not only his liberty, but also control of his real
estate through machinations of Ms. McGreevy.

5. Some time after commencing legal work for Mr. Wolfe to regain his liberty and property, Ms. McGreevy threatened Plaintiff Christian Camenisch. Ms. McGreevy informed Plaintiff Christian Camenisch he would never his client, Ted A. Wolfe, out of his confinement.

6. After the monumental effort of several legal counsel, on 16 March 2004, Mr. Wolfe was finally ordered released from his confinement orchestrated by Ms. McGreevy. Unfortunately for Mr. Wolfe, Defendant Sally McGreevy let it be known that Mr. Wolfe was dead or would be dead soon. Mr. Wolfe was shocked by these false reports being set forth by Ms. McGreevy.

7. Upon release Mr. Wolfe had no identification, no birth certificate, and almost all his cash had been taken. His most important documents and furniture had been taken by Ms. McGreevy to one of her homes in Arizona during his confinement.

8. Mr. Wolfe retained Plaintiff Christian Camenisch and Kenneth Michael Robinson, Esq. to investigate Defendant Sally McGreevy and thereafter recoup damages for real property sold below market value, return of cash taken in his wall safe, and compensation for almost two years of improper confinement. This work was commenced and subsequently suit was prepared to be filed on 1 July 2005 against Defendant Sally McGreevy - three yeas before Ms. McGreevy had Ted A. Wolfe taken into confinement.

9. On 7 June 2005 Mr. Ted Albert Wolfe was found dead in his upstairs bedroom with an 8" butcher knife clutched in his right hand. The death was highly suspicious and the individual who discovered his body in rigor mortis maintains Mr. Ted Albert Wolfe did not die a natural death.

10. Between 30 December 2002 - 7 June 2005, Plaintiff Christian Camenisch devoted well in excess of 2000 hours to secure the freedom of Ted A. Wolfe and recover the real property and cash he claimed Defendant Sally Anne McGreevy had taken from during this period.

11. Since the death of Ted Albert Wolfe, Defendant Sally Anne McGreevy has steadfastly refused to pay outstanding bills of legal counsel and medical doctors and similar officials lawfully retained to extricate Ted Albert Wolfe from confinement she commenced. Mr. McGreevy even filed suit against Ted Albert Wolfe after his release from confinement.

12. On or about 16 October 2006, Defendant Sally Anne McGreevy officially denied the right of Christian Camenisch to be paid for legal serviced rendered on behalf of Ted A. Wolfe. Plaintiff Christian Camenisch was retained by Ted A. Wolfe during his lifetime to proceed on his behalf against Defendant Sally Anne McGreevy. That work was performed dutifully and faithfully. Defendant now refuses to pay remuneration for those legal services legally retained and properly rendered. This breach of agreement to be paid for legal services rendered has proximately caused damages to Plaintiff Christian Camenisch in excess of Five Hundred Thousand Dollars ($500,000.00).

13. In the alternative, Plaintiff Christian Camenisch restates and realleges each and every allegation herein, incorporated all by reference, and claims the foregoing amount set forth above under well-established principles of quantum meruit for the legal services rendered.

WHEREFORE, Plaintiff Christian demands judgment against Defendant Sally McGreevy in the amount as proved at trial, commensurate with the legal services in excess of Five Hundred Thousand Dollars ($500,000.00+), removal of Defendant Sally Anne McGreevy as Trustee for breach of duties, conflicts of interest, and her misconduct before and subsequent to the death of Ted Albert Wolfe, and for such other further equitable relief as this Court deems proper and appropriate.

TRIAL BY JURY IS DEMANDED

Christian Camenisch
DC Bar #151324
801 Pennsylvania Avenue NW
Washington DC  20004-2615
Phone: 202-393-6090

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

*M 06-2099 EGS*

## I (a) PLAINTIFFS

CHRISTIAN CAMENISCH

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

801 PENNSYLVANIA AVENUE NW
WASHINGTON DC 20004-2605
202-393-6090

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

## DEFENDANTS

SALLY ANNE McCLEEVY

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT

ATTO

CASE NUMBER   1:06CV02099

JUDGE: Emmet G. Sullivan

DECK TYPE: Contract

DATE STAMP: 12/11/2006

*JURY ACTION*

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☒ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHI
FOR PLAINTIFF AND

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ **G. Habeas Corpus/ 2255** | ☐ **H. Employment Discrimination** | ☐ **I. FOIA/PRIVACY ACT** | ☐ **J. Student Loan** |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ **K. Labor/ERISA (non-employment)** | ☐ **L. Other Civil Rights (non-employment)** | ☑ **M. Contract** | ☐ **N. Three-Judge Court** |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☑ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

28 USC 1392 + QUANTUM MERUIT

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $** 500,000.00 +   Check YES only if demanded in complaint   **JURY DEMAND** ☑ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☐ NO   If yes, please complete related case form.

**DATE** 11 DECEMBER 2006   **SIGNATURE OF ATTORNEY OF RECORD**

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.