```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| CHRISTIAN CAMENISCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-2099(EGS) |
| v. | ) |
| | ) |
| SALLY ANNE MCGREEVY, | ) |
| | ) |
| Defendant. | ) |

### ORDER TO SHOW CAUSE

Under the Federal Rules of Civil Procedure, if service of the summons and complaint is not made upon the defendant within 120 days after the filing of the complaint, the Court, upon its own initiative, may dismiss the action without prejudice. *See* Fed. R. Civ. P. 4(m). Therefore, it is by the Court hereby

**ORDERED** that plaintiff shall show cause why this case should not be dismissed pursuant to Rule 4(m) by no later than **May 25, 2007.**

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**April 27, 2007**