**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CHRISTIAN CAMENISCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 06-2099(EGS) |
| v. | ) |
| | ) |
| SALLY ANNE MCGREEVY, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

There is no evidence that service has been effected upon defendant and more than 120 days have elapsed since the filing of the complaint in this case.  Therefore, by Order of this Court dated April 27, 2007, plaintiff was directed to show cause by May 25, 2007, why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m).  To date, plaintiff has failed to respond to the Court's order.  Accordingly, it is

**ORDERED** that pursuant to Rule 4(m), this case is **DISMISSED WITHOUT PREJUDICE.**  This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Signed:    **Emmet G. Sullivan**
           **United States District Judge**
           **June 5, 2007**