UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Christian Camenisch
801 Pennsylvania Avenue NW
Washington DC 20004
(202) 393-6090

                Plaintiff

v.                                   1:06-CV-02099 (EGS)

Sally Anne McGreevy
11450 East Speedway Boulevard
Tucson, AZ 85748
(520) 886-6533

                Defendant

## MOTION TO REOPEN CASE

Pursuant to United States District Court Rules, Plaintiff Christian Camenisch respectfully moves this Honorable Court to reopen this matter and proceed accordingly. In support of this Motion, the following is presented for consideration by the Court:

1. Upon filing of this lawsuit, Plaintiff retained local process server to serve the purported local agent for the defendant who had been representing defendant overseeing the 10-12 parcels of real property owned by Plaintiff's client, Ted Albert Wolfe.

2. In July 2002, defendant Sally Anne McGreevy, first cousin of Mr. Ted Albert Wolfe, had had him committed in a nursing home facility and taken control of his extensive real estate holdings.

3. In late December 2002, Mr. Ted Albert Wolfe contacted Plaintiff Christian Camenisch, an attorney in the District of Columbia since November 1974, and retained him to extricate him from the clutches of his cousin, Sally

RECEIVED
JUL 14 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4.    Plaintiff Christian Camenisch informed Mr. Wolfe he would make every effort to secure his release from the his predicament and have his real property restored. Shortly thereafter, the retainer agreement was executed and Plaintiff Christian and other counsel worked diligently on Mr. Wolf's behalf.

5.    After months of diligent legal work, Mr. Wolfe was finally released from the control of Defendant Sally McGreevy in March 2004. Since Mr. Wolfe purported his some of his real property had been sold wrongfully sold and a substantial amount of cash had been taken by Defendant Sally McGreevy, he further commissioned Christian Camenisch and Kenneth Robinson to investigate and commence legal proceeding to recover damages for the lost funds, lost property and the loss of his freedom.

6.    Shortly after investigation and the lawsuit was being prepared, Mr. Wolfe was found dead in an upstairs bedroom in highly suspicious position. Since Defendant never regained full control of his funds, Plaintiff and other counsel retained to secured his release remained substantially unpaid for extensive legal services rendered over two and one-half years. (2000+ hours).

7.    Since Defendant refused to pay for the legal services rendered, Plaintiff Christian Camenisch against Sally McGreevy in her capacity as Trustee real properties situated in District of Columbia.

8.    Since the process server could never effectuate proper service in the District of Columbia, Plaintiff Christian Camenisch respectfully requests permission of this honorable Court to reopen the case and effectuate personal service on the Defendant in her home state of Arizona. Plaintiff feels confident this method of service can be achieved and justice can be served in this cause.

Respectfully submitted,



Christian Camenisch - Plaintiff
801 Pennsylvania Avenue NW
Market Square West – PH#6
Washington DC 20004-2615
T: 202-393-090

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY I have served a copy of the foregoing Motion To Reopen Case, with Proposed Order, and copy of the Complaint on defendant listed below by U.S. Mail, postage prepaid, on this the Fourteen Day of July 2008.

Sally Anne McGreevy
11450 East Speedway Boulevard
Tucson, AZ 85748
(520) 886-6533

*[signature]*

Christian Camenisch - Plaintiff
801 Pennsylvania Avenue NW
Market Square West – PH#6
Washington DC 20004
202-393-6090

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Christian Camenisch
    Plaintiff

v.                                        1:06-CV-02099 (EGS)

Sally Anne McGreevy
    Defendant

## ORDER

This matter, being brought before the Court by Plaintiff Christian Camenisch to reopen the Complaint, and after having considered the merits of the petition therein, it is

HEREBY ADJUDGED ORDER and DECEED this case be reopened and that Plaintiff Christian Camenisch has leave of this court to continue to effectuate service of process on the Defendant as in the matter described in the Petition.

SO ORDERED on this the _____ Day of _____ 2008.

_____
Judge Emmet G. Sullivan
United States District Court